IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SHARON SANDOVAL,**

      **Plaintiff,**

**vs.**                                                      **Civ. No. 09-461 MCA/RHS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed September 8, 2010 **[Doc. 27]**. No objections to the PFRD have been filed. The Court, having reviewed the same, will adopt the Magistrate Judge's proposed findings and grant Plaintiff's motion to remand **[Doc. 22]**.

**WHEREFORE**,

**IT IS ORDERED** that the proposed findings of the Magistrate Judge **[Doc. 27]** are adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision **[Doc. 22]** is **granted** and this cause is **remanded** to the Commissioner for additional proceedings, to include:

    A.    a proper re-evaluation of the medical evidence, to include Dr. Fu's medical opinions; and

    B.    further proceedings as necessary, based on the findings following a re-evaluation of the medical evidence.

SO ORDERED this 29th day of October, 2010, in Albuquerque, New Mexico.

_____
UNITED STATES DISTRICT JUDGE